### LYONS v. MULVIHILL, City Marshal.

(Supreme Court, Appellate Term.   April 8, 1911.)

COURTS (§ 190*) — MUNICIPAL COURTS — DECISIONS REVIEWABLE — ORDERS — COSTS.

An order granting a motion to strike items of costs from the docket of a judgment in the Municipal Court of the City of New York is not appealable, under the provisions of the Municipal Court act (Laws 1902, c. 580) §§ 253, 254, 255, 256, 257, which respectively provide for motions to open defaults, to set aside verdicts, for new trials, and for awarding of costs, and for appeals from orders granting or denying such motions as from judgments.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190;* Appeal and Error, Cent. Dig. §§ 103, 3379½.]

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by Pincus Lyons against Matthew F. Mulvihill, individually and as City Marshal of the City of New York. From an order granting a motion to strike certain items of costs from the docket of the judgment in that cause, defendant appeals. Appeal dismissed.

See, also, 125 N. Y. Supp. 475.

Argued before SEABURY, LEHMAN, and BIJUR, JJ.

Philip S. Saitta, for appellant.

Jacob H. Corn, for respondent.

PER CURIAM. The order from which the defendant appeals is not appealable under sections 253, 254, 255, 256, and 257 of the Municipal Court act (Laws 1902, c. 580). We have no jurisdiction to consider an appeal from an order, as distinct from a judgment, except as such jurisdiction is given to this court by those sections. Spiegelman v. Union Ry. Co., 95 App. Div. 92, 88 N. Y. Supp. 478; Ducas Co. v. Continental Finishing Co., 65 Misc. Rep. 42, 119 N. Y. Supp. 429.

Appeal dismissed, with $10 costs.